(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

16-cv-24746-KMM/McAliley

Mark-Anthony King

_____
Plaintiff(s)

v.

Patricia Hendricks
Evan Hendricks

_____
Defendant(s)

FILED by ITM D.C.
NOV 14 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Court/complaint
_____
(TITLE OF DOCUMENT)

I, Mark-Anthony King, (plaintiff) or defendant, in the above styled cause,

have beliefs and evidence of fraud committed in my name including

1) Records of fraudulent accounts and fraudulent practices.

2) Hired Private Investigator; Discovery of identity theft, a straw company DBA, false aliases, and false addresses

3) Police Reports charging the Defendant with above fraud and the defendant claiming innocence. Police reports dated 2011, 2010, 2009

(Attached)

(Rev. 10/2002) General Document

I have been continuously harassed and stalked since the beginning of the fraud which is what forced me to seek evidence of what is going on around me.

The harassment and stalking is an apparent organized attempt to prevent me from exposing the "attached" subpoenaed account information. This account information was not able to be subpoenaed until years after the police reports due to being stalked and harassed to the point of making me homeless and destitute to prevent me from reporting my case. I have nothing to do with any of this and I never received any payments or money from anyone, nor do I know the perpetrators.

Certificate of Service

I __Markanthony King__, certify that on this date __11-14-2016__ a true copy of the foregoing document was mailed to: _____
                                                                                name(s) and address(es)

By:
__Mark-Anthony King__
Printed or typed name of Filer

__Markanthony King__
Signature of Filer

__Markanthonyking1@yahoo.com__
E-mail address

Florida Bar Number

__786-299-4636__
Phone Number

Facsimile Number

__891 SW 5th Street Apt 4__
Street Address

__Miami, FL 33130__
City, State, Zip Code

1

false checks subpoenaed in 2010
Unauthorized Account subpoenaed in 2014

Capture Date: 05/23/2007 Sequence #: 5740834618

5)

```
                                                                    133
EVAN G. HENDRICKS        10-03
PATRICIA E. HENDRICKS                                          63-4/630 FL
15330 N.W. 38TH AVE 3164  05-22-07  4412 07                         1355
MIAMI GARDENS, FL 33054                       Date 5-20-07

Pay
to the order of  Mark-Anthony King              $ 75 00/100

          Seventy-Five                                Dollars

Bank of America

ACH R/T 063100277                              Advantage
                                               Patricia E Hendricks
Memo

⑆063000047⑆  005494890643⑆0133     ⑆000000 7500⑆
```

MIAMI FL
132128164  4385  4412 03  14  0000

WASHINGTON MUTUAL FL  >267091263<
132128164  05-22-07

BANK OF AMERICA, NA JAX
063000047  E4525 01 P01
05/23/07

5740834618

No Electronic Endorsements Found
No Payee Endorsements Found

Signature of bank rep. signing for subpoenaed checks

Print Req:#20110303002874                    Mar 04 01:02:25 CST 2011

6)

```
EVAN G. HENDRICKS        10-03                                    270
PATRICIA E. HENDRICKS
15330 N.W. 30TH AVE.                      9-12-08         63-4/630 FL
MIAMI GARDENS, FL 33054-2508                  Date            1355
```

Pay to the order of _Mark King_  $ 45 00/100

_Fourty Five_ Dollars

**Bank of America**

ACH R/T 063100277

Memo _Gift_    _Patricia E Hendricks_

⑆063100047⑆ 005494890643⑈0270    ⑆0000004500⑆

---

These unendorsed checks made out to me are for her bank statements to make it seem as if she paid me

SEP 15

What is the motive?

BANK OF AMERICA NA
063000047 [475 FL 70]
09/15/08
7550267518

↑ Signature of Bank Rep signing for subpoenaed check

No Electronic Endorsements Found
(No Payee Endorsements Found)



Page 420 of 463     Print Req:#20110303002874     Fri Mar 04 01:04:06 CST 2011

2)


# Schwab One Custodial Account

The Schwab One® Custodial Account is a brokerage account that allows you to make a financial gift to a minor and help teach them about investing. It is set up and managed by an adult, and turned over to the child when he or she reaches the age of majority.

The Defendant has no authorization to open accounts in my name or to use my information.

3)

**Washington Mutual Bank** (the "Bank")

Confidential Information Redacted
Page 1 of 2   BANK COPY

PAYABLE-ON-DEATH ("POD")/CUSTODIAL MASTER ACCOUNT AGREEMENT

| COMP NO | 03 | OWN CODE | 01 | PRODUCT | DDA | FC NUMBER | 01758 | ACCOUNT NUMBER | 0403-0000653643-5 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. ACCOUNT TITLE | | | | DATE OF BIRTH | | TAX ID | | SEX | PERSONAL PHONE | BUSINESS PHONE | |
| PATRICIA E HENDRICKS | | | | 06/25/1944 | | 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 | | F | (305) 688-0187 | | |
| ADDRESS (CITY, STATE, ZIP CODE - GIVE PROVINCE AND COUNTRY, IF NOT IN U.S.A.) | | | | 15330 NW 30TH AVE | | | | OPA LOCKA, FL 33054-2508 | | VERIFICATION STATUS | |
| EMPLOYER | | | | IDENTIFICATION | | | | | | | |
| RETIRED | | | | DRIVER'S LICENSE / USA H536685447250 FL VISA CARD B OF A | | | | | | | |
| | | | | DATE OF BIRTH | | TAX ID | | SEX | PERSONAL PHONE | BUSINESS PHONE | |
| 2. ACCOUNT TITLE | | | | | | | | | | | |
| EVAN G HENDRICK | | | | IDENTIFICATION | | | | | | VERIFICATION STATUS | |
| EMPLOYER | | | | | | | | | | | |

| DATE OPENED | 09/07/2006 | BY | JJW | TAX LINK | 1 | DATE CHANGED | 09/27/2006 | | |
|---|---|---|---|---|---|---|---|---|---|
| ALL OF THE ACCOUNTS UNDER THIS P.O.D./CUSTODIAL ACCOUNT AGREEMENT ARE FOR THE BENEFIT OF: | | | | | | 1 OF 2 | | DATE OF BIRTH | TAX ID |
| MARK-ANTHONY KING | | | | | | | | 03/21/19?? | 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 |
| BENEFICIARY'S OR PAYEE'S ADDRESS (CITY, STATE, ZIP CODE - GIVE PROVINCE AND COUNTRY, IF NOT IN U.S.A.) | | | 15330 NW 30TH AVE | | | OPA LOCKA, FL 33054-2508 | | | |
| EMPLOYER | | | | | | PERSONAL PHONE (305) 688-0187 | | BUSINESS PHONE | |

AND SHALL BE OF THE FOLLOWING TYPE:
JOINT P.O.D. (A JOINT VOLUNTARY AND REVOCABLE P.O.D. ACCOUNT OR SIMILAR TRUST ACCOUNT WITH RIGHT OF SURVIVORSHIP). UPON THE DEATH OF ONE OF US, THE FUNDS BECOME THE PROPERTY OF THE SURVIVOR; UPON THE DEATH OF BOTH OF US, THE FUNDS ARE PAYABLE TO THE PAYEE(S) LISTED.

01 / 69

This type of account is described in detail in the Account Disclosures and Regulations.
Number of signatures required (see paragraph 3 below): 1

1. The Depositor shall be bound by the Bank's Account Disclosures and Regulations, and all amendments thereto, from time to time in effect. Such provisions are by this reference made a part of this Agreement as if set forth herein in full. All accounts, products or services opened shall remain open and in effect until they terminate in accordance with their own terms or until Bank terminates them or receives termination notice from Depositor, owner or signer in form satisfactory to Bank. Not all accounts, products and services offered by Bank may be available to Depositor.
2. This Agreement shall govern all accounts, products and services the Bank to open under this Agreement, in that ownership capacity. Such authorization may be in writing, in person, by telephone or other means as Bank that Depositor may from time to time authorize the Bank to open under this Agreement, in that ownership capacity. Such authorization may be in writing, in person, by telephone or other means as Bank may accept, at its option, or by Depositor's use of such without specific authorization (except as required by law). Depositor and each owner or signer, if more than one, agrees that any other of them may authorize Bank to open or provide other accounts, products or services from time to time in the same ownership capacity. Further, Depositor and each owner or signer, if more than one, appoints each other his attorney-in-fact to endorse, cash or deposit, any checks or drafts payable to the order of any one or more of them. This power of attorney shall not be affected by the subsequent incapacity of any owner, signer or Depositor.
3. Instructions to permit withdrawal upon more than one signature apply only to checks and in-person transactions taking place in a branch. Other withdrawal or transfer transactions may be paid on the authorization of any one signer notwithstanding any instructions to the contrary, or, at its option, Bank may refuse such transaction and require joint written instructions. Without limiting the foregoing, funds in the account may be paid for accounts authorized for such: (a) upon checks, receipts, orders or drafts signed in Depositor's or agent's name by the prescribed number of authorized persons as set forth above; (b) pursuant to electronic, telephone or automated instructions using a personal identification number or; (c) pursuant to telephonic instructions from any agent or person purporting to be an agent of Depositor so long as such funds are transferred to an account in the name of Depositor or check is made payable to the Depositor. Notwithstanding the foregoing, Bank shall not be liable for any refusal or failure to make transfers or withdrawals pursuant to telephonic instructions. Except for Consumer Accounts as defined in the Account Disclosures and Regulations, depositor agrees that so long as a personal identification number is used or the agent or the purported agent identifies him or herself to Bank's satisfaction, every such payment/transfer of funds shall be at the sole risk of Depositor until Bank receives written revocation regarding such authorization applicable to future transactions.
4. Most disputes arising under this Agreement related to accounts or services hereunder are subject to mandatory binding arbitration. Rights to trial by a judge or jury are waived hereby. Bank must be notified by Depositor of claims and proceedings to enforce any such claims must be brought, within the time requirements established in the Account Disclosures and Regulations.

TAX CERTIFICATION - UNDER PENALTIES OF PERJURY I CERTIFY THAT:
1) The Tax ID number shown on this form is my correct Taxpayer Identification Number.
2) I certify that I am not subject to backup withholding because (a) I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, (b) the Internal Revenue Service has notified me that I am no longer subject to backup withholding, or (c) this account is owned by an entity exempt from backup withholding.
3) Check this box ☐ if you are subject to backup withholding and can not certify the provisions of (2) above.
4) ☐ If this box is checked, the above 1-3 of the Tax Certification do not apply because (a) I am not a United States person or (b) I am an individual and am neither a citizen nor a resident of the United States. I will complete the IRS form W-8BEN. (c) If this box is not checked, I am a U.S. person (including U.S. resident alien).

By signing below, I/we agree to be bound by the terms and conditions of this Master Account Agreement (the "Agreement") as set forth herein, and make the tax certification set forth above. In addition, I/we acknowledge receipt of the Account Disclosure and Regulations Relating to Deposit Accounts and Other Service and Electronic Funds Transfer Agreement and Disclosure ("Account Disclosure and Regulations"). Deposits are insured by the FDIC to the maximum amount permitted by law. **THE INTERNAL REVENUE SERVICE DOES NOT REQUIRE YOUR CONSENT TO ANY PROVISION OF THIS DOCUMENT OTHER THAN THE CERTIFICATIONS REQUIRED TO AVOID BACKUP WITHHOLDING.**

03    0403-0000653643-5

PATRICIA E HENDRICKS

*(signature)* Patricia E Hendricks

Please sign within the box     Thumb Print

EVAN G HENDRICK

*(signature)* Evan G Hendrick

Please sign within the box     Thumb Print

1133I (02/04)

29-May-14  29May14-901

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G 29May14-901
Sequence number   Posting date   Amount

4)

YOUR COMBINED STATEMENT OF ACCOUNTS

P.O. BOX 2437
CHATSWORTH, CA 91313-2437

**This Statement Covers**
From: 08/18/06
Through: 09/20/06

**Need assistance?**
To reach us anytime,
call 1-800-788-7000
or visit us at wamu.com

PATRICIA E HENDRICKS
15330 NW 30TH AVE
OPA LOCKA FL 33054-2508

**Just call us WaMu.** We are excited to announce that we are now referring to ourselves as WaMu. Soon you will begin seeing our new logo on our website, in branches and mail from us.

## Summary of All Accounts Included in This Statement

| Product Name | Account Number | Term | Maturity Date | APY | Balance As of 09/20/06 |
|---|---|---|---|---|---|
| Statement Savings | 403-653643-5 | | | 0.25% | $15,005.40 |
| Certificate Of Deposit | 092-1196179-3 | 13 Months | 09/07/2007 | 5.35% | $8,036.61 |
| **Total Deposit Balance:** | | | | | **$23,042.01** |

*Deposits at Washington Mutual are FDIC Insured.*

---

Defendant had no access to such a large sum of money. Court Discovery of $23,042.01 tax debt owed by Defendant will identify the source of the fraud and money laundering.

2

Private Investigator - Discovery in 2013

Comprehensive Report

Date: 04/09/2014
Reference ID: MARKANTHONY

Subject Information
(Best Information for Subject)

Name: MARK ANTHONY KING SR (12/01/1987 to 12/01/2013)

Name: MARKANTHONY KING SR (12/01/1995 to 12/16/2013)

Name: MARCUS ANTHONY KING "     ⟵ *I have never used this name* [handwritten]

Date of Birth: 03/1967, Born 47 years ago

Other Names Associated with Subject None found

Other DOBs Associated with Subject None found

Other Possible Phones Associated with
Subject:

(954) 461-6299 (ET) (Mobile) (55%)
(954) 721-5137 (ET) (LandLine) (54%)

Indicators
Bankruptcies: No
Liens: No
Judgments: Yes
Corporate Affiliations: Yes
Criminal/Traffic: Yes

Email Addresses Associated with
Subject None Found
SSN: 265-77-xxxx issued in FLORIDA in 1977
Other Individuals Observed with shared SSN: No

Potential Subject Photos (None Found)
Comprehensive Report Summary

1) US Corporate Affiliations

ITRC
(Primary) Address: 2831 NW 159TH ST, OPA LOCKA, FL 33054-6832 (MIAMI-DADE COUNTY)
Filing Number: G09000183930
Filing Office Link Number: 4300559915
Corporation Type: Corporation
Address Type: Mailing
Registration Type: Other
Verification Date: 05/15/2013
Expiration Date: 12/31/2014
Filing Date: 12/11/2009
Date First Seen: 01/29/2010
Date Last Seen: 06/20/2013
Received Date: 06/15/2013
Registration Type Description: FICTITIOUS NAME
Misc Details: COUNTY IN WHICH FILING RESIDES: MULTIPLE
Filing Office Name: FICTITIOUS NAME DIVISION
Filing Office Address: 409 E GAINES ST, TALLAHASSEE, FL 32301-2412 (LEON COUNTY)
File Date: 06/21/2013
Sec Status: Active
Corporate Officers and Directors
MARKANTHONY KING , Title: Other, FICTITIOUS NAME OWNER
2831 NW 159TH ST, OPA LOCKA, FL 33054-6832 (MIAMI-DADE COUNTY)
Incorporation State: FL

*I never registered this company*



# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

**Fictitious Name Detail**

**Fictitious Name**

ITRC

**Filing Information**

**Registration Number** G09000183930

| | |
|---|---|
| **Status** | EXPIRED |
| **Filed Date** | 12/11/2009 |
| **Expiration Date** | 12/31/2014 |
| **Current Owners** | 1 |
| **County** | MULTIPLE |
| **Total Pages** | 1 |
| **Events Filed** | NONE |
| **FEI/EIN Number** | NONE |

**Mailing Address**

2831 NW 159 STREET
MIAMI,, FL 33054

**Owner Information**

**KING, MARKANTHONY**
**2831 NW 159 STREET**
**MIAMI, FL 33054**
**FEI/EIN Number: N/A**
**Document Number: NONE**

3

Police Reports - dated 2011, 2010, 2009

## INCIDENT/INVESTIGATION REPORT

Miami Gardens Police Department

Page 2

Case# 2010-027259

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

D R U G S

Assisting Officers

*R.P. means reporting party "me", I.O. means involved other or my mother*

Suspect Hate / Bias Motivated

### NARRATIVE

Reporting Party entered the Police Station and stated that his mother, IO has been using his identity to get checks from various companies and deposit them into an account that she created with an alias that he has. RP states that because IO has been using his information is the reason why he has aliases now. RP was informed that no one from this Department would further investigate this incident because no crime was committed in our Jurisdiction. Case card issued.



# INCIDENT/INVESTIGATION REPORT

By: GMARIOT, RECORDS   09/06/2011

Page 2

*Miami Gardens Police Department*

Case# 2011-017425

Status Codes:  L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers

(VI) is Victim involved
(SU) is Suspect Under Investigation    what is the motive?

Suspect Hate / Bias Motivated:   *Unknown (Offender's motivation not known)*

**NARRATIVE**

On 08/26/11 at 15:59 hours, VI, King, responded to the station to file a fraud report. According to VI, while checking his bank statement, he realized that some one had fraudulently used his ATM card and charged $119.80 dollars. According to VI, his bank statement reflects that the charges were made on-line to a company called Free Score. VI told me that when he called the company, he was told that SU, his mother, had made the above mentioned purchases using his ATM card. According to VI, he had a similar incident happened to him in 2010 but he never suspected that his mother could have been involved. VI told me that he doesn't have a good relationship with his mother and that she is not authorized to make changes to his account nor have any type of access to manage it.

VI told me that he has already reported this incident to the bank and they will be contacting their own investigation. Copies of the bank statement will be attached to this report. Case card issued. No further.

Evidence Available upon request.



**INCIDENT/INVESTIGATION REPORT**  By: JMORRIS, FIND1433  12/30/2009 14:50

*Miami Gardens Police Department*

Page 2

Case# 2009-027000

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers
ENGERS, J.T. (181), TRIMINO, E.E. (291)

Suspect Hate / Bias Motivated:

**NARRATIVE**

I was dispatched to 15330 NW 30TH Ave. regarding a domestic disturbance.

I arrived and spoke with Ms. Patricia Hendricks, reporting person. Ms. Hendricks said her biological 42 year old son, Mr. Mark-Anthony King came to her residence today 11/04/2009 at approximately 04:00 p.m. and caused a disturbance.

Ms. Hendricks said her son accused her of stealing his identity and she believes he has lost his mind. Ms. Hendricks said Mr. King has been taking unknown amounts of drugs. Ms. Hendricks said she is in fear of Mr. King's unpredictable behavior and added there was only an argument and no physical contact. This report was written at the request of Ms. Hendricks to facilitate an injunction against Mr. King. I advised Ms. Hendricks to contact MGPD if Mr. King returned.